Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

__Northern__ District of __New York__

Caption:

__United States of America__ v.

__Erminio Colella__

Docket No.: __12-CR-346__

__Frederick J. Scullin, Jr.__
(District Court Judge)

Notice is hereby given that __Erminio Colella__ appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other | _____ (specify)

entered in this action on __September 29, 2014__.
(date)

This appeal concerns: Conviction only |_X_| Sentence only |___| Conviction & Sentence |___| Other |___|

Defendant found guilty by plea |    | trial | X | N/A |    .

Offense occurred after November 1, 1987?   Yes | X   No [     N/A [

Date of sentence: __September 26, 2014__    N/A |___|

Bail/Jail Disposition: Committed |_X_|   Not committed |    |   N/A |

Appellant is represented by counsel? Yes X  | No |       If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | George H. Lowe |
| Counsel's Address: | Bond, Schoeneck & King, PLLC |
| | One Lincoln Center, Syracuse, New York 13202 |
| Counsel's Phone: | 315-218-8540 |
| Assistant U.S. Attorney: | Geoffrey J.L. Brown |
| AUSA's Address: | United States Courthouse |
| | 100 South Clinton Street, P.O. Box 7198, Syracuse, New York 13261-7367 |
| AUSA's Phone: | 315-448-0672 |

*George H. Lowe*
Signature